UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

TERRY J. BENDER, ) CASE NO. 1:07 CV 1934
)
    Petitioner, ) JUDGE CHRISTOPHER A. BOYKO
)
v. )
) JUDGMENT ENTRY
STATE OF OHIO, )
)
    Respondent. )

    This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed.R.App.P. 22(b); 28 U.S.C. § 2253.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

FILED
SEP 11 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND